# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JEFF H. WILLIAMSON,<br><br>    Plaintiff(s),<br><br>v.<br><br>LAS VEGAS PROBATION DEPARTMENT,<br><br>    Defendant(s). | Case No.: 2:20-cv-01727-APG-NJK<br><br>**ORDER** |

    Plaintiff is proceeding in this action *pro se* and submitted a complaint to initiate this case. Docket No. 1. Plaintiff has not, however, paid the required filing fee or requested authority pursuant to 28 U.S.C. § 1915 to proceed *in forma pauperis*. To proceed with this case, Plaintiff must either pay the filing fee or file a fully complete application to proceed *in forma pauperis*, including an inmate account statement for the past six months and a properly executed financial certificate.

    Accordingly, **IT IS ORDERED:**

    1.    Plaintiff shall either make the necessary arrangements to pay the filing fee, accompanied by a copy of this order, or file a fully complete application to proceed *in forma pauperis*, including an inmate account statement for the past six months and a properly executed financial certificate.

2. The Clerk of the Court shall send Plaintiff the approved form application to proceed *in forma pauperis* by a prisoner, as well as the document entitled information and instructions for filing an *in forma pauperis* application.

3. Plaintiff must comply with this order no later than October 19, 2020. Failure to comply will result in a recommendation to the District Judge that this case be dismissed.

IT IS SO ORDERED.

Dated: September 18, 2020

Nancy J. Koppe
United States Magistrate Judge