# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JEFF H. WILLIAMSON, | Case No.: 2:20-cv-01727-APG-NJK |
| Plaintiff | **Order Closing Case** |
| v. | |
| LAS VEGAS PROBATION DEPARTMENT, | |
| Defendant | |

Jeff Williamson submitted a "complaint" to the chief probation officer in Las Vegas. ECF No. 1-1. I do not interpret his letter as a civil lawsuit. Rather, he seeks to inform the chief of the probation office in Las Vegas about what he believes to be improper conduct by the Las Vegas probation department and various other government officers. Consequently, I will close this case and order the clerk's office to forward copies of Williamson's communications to the chief probation officer.

I THEREFORE ORDER the clerk of court to close this case as opened in error.

I FURTHER ORDER the clerk of court to forward copies of Williamson's communications to the chief probation officer for the Las Vegas probation office.

DATED this 18th day of September, 2020.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE